UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**FILED**
**SEP 16 2009**

**LINEA C. MEADE**
    Plaintiff,

CV # 08-17-KI

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

ORDER FOR EAJA FEES

    Defendant.

---

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of **$5992.03**, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs or expenses, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney.

DATED this ___16___ day of September, 2009.

                                                     HON. GARR M. KING
                                                   UNITED STATES DISTRICT JUDGE

Presented by:

/s/__Linda Ziskin__
**LINDA ZISKIN**, OSB # 01106
(503) 889-0472
 Of Attorneys for Plaintiff