UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

**LINEA C. MEADE,**

      Plaintiff,

vs.

Commissioner of Social Security

      Defendant.

Civil No. 3:08-CV-17-KI

ORDER AUTHORIZING
406(b) FEES

      Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of **$7660.00** are hereby awarded to plaintiff's attorney, Martin R. Cohen, and mailed to the attorney at the address provided below. Previously, this court awarded Mr. Cohen $5992.03 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). Pursuant to 28 U.S.C. 2412(d), plaintiff's counsel will refund the smaller of the fees to the plaintiff.

IT IS SO ORDERED this __23rd__ day of August, 2010.

                                                /s/ Garr M. King

                                                UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Martin R. Cohen
**MARTIN R. COHEN,** OSB #77023
(503) 635-5805
Attorney for Plaintiff

**Law Office of Martin R. Cohen**
**P.O. Box 1229**
**Lake Oswego, OR 97035**